IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:25-MJ-479 |
| JOHN PHILLIP THOMAS (01)<br>LYNETTE READ SHARP (02) | |

## ORDER GRANTING GOVERNMENT'S
## MOTION TO FILE COMPLAINT UNSEALED

The Court GRANTS the government's motion to file the criminal complaint in the above-captioned case unsealed. Accordingly, the Clerk is directed to file the criminal complaint in the above-captioned case unsealed.

So ordered, July 14, 2025.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE