**IN THE UNITED STATES DISCRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:25-MJ-479-BP-2** |
| | § | |
| **LYNETTE READ SHARP** | § | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    **NOW COMES, LYNETTE READ SHARP,** Defendant in the above styled and enumerated case, and files this, his Notice of Appearance of Counsel. The undersigned understands that it is her duty to continue to represent him in connection with any and all proceedings relating to this case unless and until she is relieved of that duty by order of the Court.

Respectfully submitted,

 /s/ Erin Kelley
Erin E. Kelley
SBN: 24085324
2221 Justin Rd.
Suite 119-135
Flower Mound, Texas 75028
Phone: 469-630-1945
Erin@erinkelleylegal.com

**CERTIFICATE OF SERVICE**

I, Erin Kelley, hereby certify that a true and correct copy of this notice was served upon AUSA by email on the date of its filing.

 /s/ Erin Kelley
Erin E. Kelley