IN THE UNITED STATES DISCRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.  4:25-MJ-479-BP-2 |
| | § | |
| LYNETTE READ SHARP | § | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    **NOW COMES, LYNETTE READ SHARP,** Defendant in the above styled and enumerated case, and files this Notice of Appearance of Counsel.  The undersigned understands that it is her duty to continue to represent him in connection with any and all proceedings relating to this case unless and until she is relieved of that duty by order of the Court.

    Respectfully submitted,

*/s/ Huma T. Yasin*
HUMA T. YASIN
Spangler Law PLLC
SBN: 24115971
1700 Pacific Ave
Suite 2620
Dallas, TX 75201
Phone: 214-932-3030
Fax: 972-275-9967
Email: hyasin@spanglerlaw.com

## CERTIFICATE OF SERVICE

I, Erin Kelley, hereby certify that a true and correct copy of this notice was served upon AUSA by email on the date of its filing.

    /s/ Erin Kelley
    Erin E. Kelley