IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | No. 4:25-MJ-479 |
| | } | |
| JOHN PHILLIP THOMAS (01) | } | |
| | } | |

**RESPONSE TO GOVERNMENT MOTION FOR PROTECTIVE ORDER**

In response to the Government's Motion for Protective Order (Docket #20), the Defendant, through counsel, does not object.

Respectfully submitted,

/s/ Mark R. Danielson
Mark R. Danielson, Attorney for the Defendant
Texas Bar #24031365
990 Hwy 287 N., Ste. 106-171
Mansfield, TX  76063
ofc (817) 845-3790
mark@danielsonlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 6, 2025, a copy of the foregoing motion was delivered to the Assistant United States Attorney handling this matter via the ecf system.

/s/ Mark R. Danielson